■ In the Matter of BRUNO BRIGANDI, Appellant, v FINANCE ADMINISTRATOR et al., Respondents. [609 NYS2d 838] —Appeal by the petitioner from a judgment of the Supreme Court, Kings County (Leone, J.), dated November 13, 1991.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Leone at the Supreme Court. Sullivan, J. P., Santucci, Goldstein and Florio, JJ., concur.